PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Luis David Ramos                                        Cr.: 20-11044M-001
                                                                         PACTS #: 6815393

Name of Sentencing Judicial Officer:    THE HONORABLE STEVEN C. MANNION
                                        UNITED STATES MAGISTRATE JUDGE

Name of Assigned Judicial Officer:      To Be Assigned

Date of Original Sentence: 11/09/2020

Original Offense:   Theft of Government Property, 41 C.F.R. §§ 102-74.380(c) & 102-74.450 and 18
                    U.S.C. § 2

Original Sentence: Probation – 22 Months

Special Conditions: Special Assessment - $5, Restitution - $7,500, Drug Testing and Treatment, Financial Disclosure, New Debt Restrictions

Type of Supervision: Probation                              Date Supervision Commenced: 11/09/2020

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the special supervision condition which states **'You must refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and must submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you must submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You must abide by the rules of any program and must remain in treatment until satisfactorily discharged by the Court. You must alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The U.S. Probation Office will supervise your compliance with this condition.'** |
| | On March 24, 2021, the undersigned officer conducted an unannounced home visit. An instant urinalysis was administered, yielding a positive result for Oxycodone. Upon questioning, it appeared to the undersigned officer that Ramos was not being forthcoming regarding suspected drug use. Eventually, Ramos admitted to using a pill that he obtained from an unknown individual which was reportedly used for back pain. Ramos is currently not prescribed any medication for back pain and was unable to provide proof of a previous prescription. The specimen was sent to the lab and the Probation Office awaits confirmation at this time. |

Prob 12A – page 2
Luis David Ramos

U.S. Probation Officer Action:

Due to the addictive nature of narcotics, specifically opiates, the undersigned officer referred Ramos for a substance abuse evaluation to determine what level of treatment is necessary for his use of Oxycodone. It was determined that he is in need of outpatient care and Ramos was enrolled in group substance abuse treatment sessions at Open Door in New Brunswick, New Jersey, with a start date of April 6, 2021. Ramos did not report to treatment on that date and advised that such was due to working late and being unable to get to the program on time. The undersigned officer discussed the need for Ramos to participate in treatment and to make treatment a priority. Open Door and the undersigned officer will continue to work with Ramos in order to be sure he ceases all substance use and participates in drug treatment as ordered by Your Honor.

The U.S. Probation Office will continue to monitor compliance with the conditions of supervision and will advise the Court if noncompliance continues. No Court action is recommended at this time; however, by Your Honor's response and signature below, we shall provide this document to Ramos to serve as an Official Judicial Letter of Reprimand.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Carly T. Schultz*

By:   CARLY T. SCHULTZ
U.S. Probation Officer

/ cts

APPROVED:

_____   04/09/2021
DONALD L. MARTENZ, JR.                Date
Supervising U.S. Probation Officer

Prob 12A – page 3
Luis David Ramos

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ No Court Action at This Time – Report to Serve as an Official Judicial Letter of Reprimand

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

*André M. Espinosa*

Signature of Judicial Officer

April 14, 2021

Date