PROB 12B
(4/19)

# United States District Court
## for
## District of New Jersey
## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Luis David Ramos   Cr.: 20-11044M-001
PACTS #: 6815393

Name of Sentencing Judicial Officer: THE HONORABLE STEVEN C. MANNION
UNITED STATES MAGISTRATE JUDGE

Name of Assigned Judicial Officer: THE HONORABLE ANDRE M. ESPINOSA
UNITED STATES MAGISTRATE JUDGE

Date of Original Sentence: 11/09/2020

Original Offense: Theft of Government Property, 41 C.F.R. §§ 102-74.380(c) & 102-74.450 and 18 U.S.C. § 2

Original Sentence: Probation – 22 Months

Special Conditions: Special Assessment $5.00, Restitution - $7,500, Drug Testing And Treatment, Financial Disclosure, New Debt Restrictions

Type of Supervision: Probation   Date Supervision Commenced: 11/09/2020

## PETITIONING THE COURT

☐ To extend the term of supervision for _____ years, for a total term of _____ years.

☒ To modify the conditions of supervision as follows:

**MENTAL HEALTH TREATMENT**

You must undergo treatment in a mental health program approved by the U.S. Probation Office until discharged by the Court. As necessary, said treatment may also encompass treatment for gambling, domestic violence and/or anger management, or sex offense-specific treatment, as approved by the U.S. Probation Office, until discharged by the Court. The U.S. Probation Office will supervise your compliance with this condition.

## CAUSE

In April of 2021, Your Honor was notified regarding Mr. Ramos having issues with using substances, particularly Oxycodone. Since, Mr. Ramos has been participating in substance abuse treatment at Open Door in New Brunswick, New Jersey. Mr. Ramos has continued to struggle with attending treatment as required and refraining from using substances, however, after much discussion with the undersigned officer and his treatment counselor, we believe Ramos has most recently been putting forth his best effort in treatment. Mr. Ramos has relayed that he believes his mental health, specifically anger issues, may sometimes lead to his drug use. As such, individual counseling has increased with his current treatment counselor.

However, it is the belief of the Probation Office that a mental health evaluation may be beneficial in order to determine if services specific to mental health may be necessary to further assist Mr. Ramos. In order for the Probation Office to fund a mental health evaluation and possible treatment for Mr. Ramos, the special condition of Mental Health Treatment must first be added. It should be noted that Mr. Ramos lacks health insurance at this time, therefore, the Probation Office requests the modification as noted.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By: *Carly T. Schultz*
CARLY T. SCHULTZ
U.S. Probation Officer

/ cts

APPROVED:

*Sharon O'Brien*       *June 3, 2021*
SHARON O'BRIEN         Date
Supervising U.S. Probation Officer

THE COURT ORDERS:

☑ The Modification of Conditions as Noted Above (as recommended by the Probation Office)

☐ No Action

☐ Other

_____
Signature of Judicial Officer

6/4/2021
Date