PROB 12C
(4/19)

# United States District Court

for

## District of New Jersey

## Petition for Warrant or Summons for Offender under Supervision

**Name of Offender:** Luis David Ramos  **Docket Number:** 20-11044M-001
 **PACTS Number:** 6815393

**Name of Sentencing Judicial Officer:**   THE HONORABLE STEVEN C. MANNION
UNITED STATES MAGISTRATE JUDGE

**Name of Assigned Judicial Officer:**   THE HONORABLE ANDRE M. ESPINOSA
UNITED STATES MAGISTRATE JUDGE

**Date of Original Sentence:** 11/09/2020

**Original Offense:**   Theft of Government Property, 41 C.F.R. §§ 102-74.380(c) & 102-74.450 and 18 U.S.C. § 2

**Original Sentence:** Probation – 22 Months

**Special Conditions:** Special Assessment $5.00, Restitution - $7,500, Drug Testing And Treatment, Financial Disclosure, New Debt Restrictions, Mental Health Treatment

**Type of Supervision:** Probation  **Date Supervision Commenced:** 11/09/2020

**Assistant U.S. Attorney:** Leslie Faye Schwartz, 970 Broad Street, 7th Floor, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** Carol Dominguez, Federal Defenders Office, 1002 Broad Street, Newark, New Jersey 07102, (973) 645-6347

---

## PETITIONING THE COURT

☐ To issue a warrant
☒ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the special supervision condition which states **'You must refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and must submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you must submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You must abide by the rules of any program and must remain in treatment until satisfactorily discharged by the Court. You must alert all medical professionals of any prior substance abuse history, including any prior** |

**history of prescription drug abuse. The U.S. Probation Office will supervise your compliance with this condition.'**

Ramos first tested positive for illicit substances, specifically Oxycodone, on March 24, 2021. Ramos was referred to the Open Door treatment program in New Brunswick, for a substance abuse evaluation; the provider recommended that he engage in treatment. When Ramos initially commenced substance abuse treatment, he was not reporting as required and continued to use substances, leading to an increase in treatment sessions. Since being assessed by the treatment facility on March 30, 2021, Ramos has submitted positive drug screens on the following dates: March 30, April 13, May 24, June 1, June 3, and June 29. Despite Ramos continuing to use illicit substances, he has more recently been attending treatment as directed and participating as required.

2   The offender has violated the mandatory supervision condition which states **'You must not commit another federal, state, or local crime.'**

On July 1, 2021, Ramos was arrested by Perth Amboy Police Department and charged with Possession of CDS/Analog – Oxycodone. The undersigned officer awaits a copy of the finalized police report and a response from Perth Amboy Police Department in order to obtain exact details of the arrest; however, dispatch advised that at the time of the arrest, Ramos was driving the wrong direction on a one-way street. The police conducted a traffic stop and upon search of Ramos, Oxycodone was found on his person.

3   The offender has violated the mandatory supervision condition which states **'The defendant shall make restitution in the amount of $7,500.00. The restitution is due immediately and shall be paid in monthly installments of no less than $250.00 to commence 30 days after the date of this judgment.'**

Since commencing supervision on November 9, 2020, Ramos has made only two payments of $250 towards the owed restitution.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Carly T. Schultz*
By:   CARLY T. SCHULTZ
U.S. Probation Officer

/ cts

APPROVED:

*Sharon A. O'Brien*  *July 8, 2021*
SHARON O'BRIEN                    Date
Supervising U.S. Probation Officer

THE COURT ORDERS:

☐ The Issuance of a Warrant
☒ The Issuance of a Summons. Date of Hearing: 7/26/2021 at 11:00 am via Zoom as recommended by Probation.
☐ No Action
☐ Other

s/André M. Espinosa
Signature of Judicial Officer

9 July 2021
Date